# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 15, 2023

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604-0000

| No. 23-2731 | REENA REYNOLDS and SHALINI SHARMA,  Plaintiffs - Appellants  v.  SKYLINE REAL ESTATE LIMITED, et al.,  Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:22-cv-01241  Northern District of Illinois, Eastern Division  District Judge Sara L. Ellis | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                     F.R.A.P. 42(b)

STATUS OF THE RECORD:                                  no record to be returned

form name: **c7_Mandate**   (form ID: **135**)